AO 240 (1/94)

# United States District Court

DISTRICT OF ──────────

**FILED**
FEB 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

William H. Tankersley,
~~Plaintiff~~ Petitioner

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

V.

Harley G. Lappin, Director
~~Defendant~~ Respondent
Federal Bureau of Prisons
Washington, DC

CASE NUMBER: 07 0342

I, _William H. Tankersley_ declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant        [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:    [X] Yes    [ ] No    (If "No" go to Part 2)

    If "Yes" state the place of your incarceration _FPC Pensacola, Pensacola, Florida_

    Are you employed at the institution? _yes_    Do you receive any payment from the institution? _yes_

    Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    [ ] Yes    [ ] No

    a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. if the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

    a. Business, profession or other self-employment    [ ] Yes    [X] No
    b. Rent payments, interest or dividends             [ ] Yes    [X] No
    c. Pensions, annuities or life insurance payments   [ ] Yes    [X] No
    d. Disability or workers compensation payments      [ ] Yes    [X] No
    e. Gifts or inheritances                            [ ] Yes    [X] No
    f. Any other sources                                [ ] Yes    [X] No

**RECEIVED**
JAN 30 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

If the answer to any of the above is "Yes" describe each source of money and state the amount received **and**

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ☐ Yes  ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.  N/A

I declare under penalty of perjury that the above information is true and correct.

January 22, 2007
DATE

*William H Tankersley* (signature)
SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ __39.23__ on account to his/her credit at (name of institution) __FPC Pensacola__. I further certify that the applicant has the following securities to his/her credit: __none__ _____. I further certify that during the past six months the applicant's average balance was $ __-25.96__ _____.

*E Johnson*    *Counselor*    01-25-07
DATE                SIGNATURE OF AUTHORIZED OFFICER

BP-S148.055  **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| Ms Lee, Inmate Information | JAN 15, 2007 |
| FROM: Tankersley, William | REGISTER NO.: 01430-027 |
| WORK ASSIGNMENT: DZ-20 | UNIT: C |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I need a copy of my:

Account Balance; National 6 Month Deposits (Average)

Thank you

(Do not write below this line)

DISPOSITION: Mr. Tankersley,
Your current account balance is $39.23. Your average deposits for the last five months is: $25.96. If I may assist you further, please let me know.

07 0342  **FILED**
FEB 13 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Signature Staff Member: Ms Lee        Date: 1·23·2007

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

Date: 01/23/2007  
Time: 8:15:12 am  
Facility: PEN

# Federal Bureau of Prisons
## TRUFACS
### Inmate Statement
Sensitive But Unclassified

Start Date: 04/23/2006  
End Date: 01/23/2007  
Inmate Reg#: 01430027  
Account Status: All  
Institution: All

## General Information

Inmate Reg#: 01430027  
Inmate Name: TANKERSLEY, WILLIAM H  
Current Site Name: Pensacola FPC  
Housing Unit: FLORIDA

Living Quarters: C02-058L  
Arrived From: TAL  
Transferred To:  
Account Creation Date: 10/23/2001

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| PEN | 09/14/2006 03:44:11 AM | TX091406 | | | Transfer - In from TRUFACS | $92.89 | | $92.89 |
| PEN | 09/14/2006 09:15:02 AM | DRR0914 | | | Sales | $23.00 | | $115.89 |
| PEN | 09/14/2006 05:30:32 PM | ITS0914 | | | Phone Withdrawal | ($15.00) | | $100.89 |
| PEN | 09/18/2006 04:51:43 PM | 68 | | | Sales | ($25.05) | | $75.84 |
| PEN | 09/23/2006 05:21:29 PM | ITS0923 | | | Phone Withdrawal | ($10.00) | | $65.84 |
| PEN | 10/10/2006 01:40:02 PM | GIPP0906 | | | Payroll - IPP | $4.20 | | $70.04 |
| PEN | 10/10/2006 01:40:16 PM | GIPP0906 | | | Payroll - IPP | $6.30 | | $76.34 |
| PEN | 10/10/2006 09:21:32 PM | ITS1010 | | | Phone Withdrawal | ($11.00) | | $65.34 |
| PEN | 10/26/2006 05:35:17 PM | 110 | | | Sales | ($12.10) | | $53.24 |
| PEN | 10/28/2006 02:58:03 PM | ITS1028 | | | Phone Withdrawal | ($3.00) | | $50.24 |
| PEN | 11/01/2006 05:12:17 PM | ITS1101 | | | Phone Withdrawal | ($10.00) | | $40.24 |
| PEN | 11/09/2006 10:00:46 AM | GIPP1006 | | | Payroll - IPP | $17.64 | | $57.88 |
| PEN | 11/20/2006 05:48:47 PM | 110 | | | Sales | ($33.40) | | $24.48 |
| PEN | 12/06/2006 08:06:05 PM | ITS1206 | | | Phone Withdrawal | ($10.00) | | $14.48 |
| PEN | 12/08/2006 09:17:42 AM | GIPP1106 | | | Payroll - IPP | $16.80 | | $31.28 |
| PEN | 12/08/2006 09:49:00 AM | IFRP1206 | | | FRP Quarterly Pymt | ($25.00) | | $6.28 |
| PEN | 12/24/2006 05:17:00 AM | 70173302 | | | Lockbox - CD | $20.00 | | $26.28 |
| PEN | 12/28/2006 05:15:19 AM | 70173501 | | | Lockbox - CD | $100.00 | | $126.28 |
| PEN | 12/28/2006 04:55:46 PM | ITS1228 | | | Phone Withdrawal | ($15.00) | | $111.28 |
| PEN | 12/28/2006 05:28:50 PM | 108 | | | Sales | ($26.35) | | $84.93 |

Page 1

Date: 01/23/2007
Time: 8:15:12 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: PEN

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 01430027 | Living Quarters: | C02-058L |
| Inmate Name: | TANKERSLEY, WILLIAM H | Arrived From: | TAL |
| Current Site Name: | Pensacola FPC | Transferred To: | |
| Housing Unit: | FLORIDA | Account Creation Date: | 10/23/2001 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| PEN | 01/03/2007 07:24:53 PM | 301 | | | Sales | ($23.80) | | $61.13 |
| PEN | 01/04/2007 10:22:48 AM | GIPP1206 | | | Payroll - IPP | $16.80 | | $77.93 |
| PEN | 01/13/2007 11:42:25 AM | ITS0113 | | | Phone Withdrawal | ($10.00) | | $67.93 |
| PEN | 01/18/2007 04:32:06 PM | 59 | | | Sales | ($28.70) | | $39.23 |
| **Total Transactions:** | | **24** | | | **Totals:** | **$39.23** | **$0.00** | |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| PEN | $39.23 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $39.23 |
| **Totals:** | **$39.23** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$39.23** |

Page 2