FILED

FEB 13 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| William H. Tankersley, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 07 0342 |
| ) | |
| Harvey G. Lappin, ) | |
| ) | |
| Respondent. ) | |

TRANSFER ORDER

Petitioner is a prisoner at the Federal Prison Camp in Pensacola, Florida. He seeks the issuance of a writ of mandamus to compel the Bureau of Prisons to calculate his sentence properly under 18 U.S.C. § 3585(b). The extraordinary remedy of mandamus is available only when there is no other adequate remedy. *See Swan v. Clinton*, 100 F.3d 973, 977 n.1 (D.C. Cir. 1996) (quoting *American Cetacean Soc'y v. Baldrige*, 768 F.2d 426, 433 (D.C. Cir.1985), *rev'd on other grounds sub nom. Japan Whaling Ass'n v. American Cetacean Soc'y*, 478 U.S. 221 (1986)). Petitioner is challenging the fact or duration of his sentence. Therefore, his remedy lies exclusively in a writ of *habeas corpus*. *Preiser v. Rodriguez*, 411 U.S. 475, 500 (1973).

The proper respondent in *habeas corpus* cases is the petitioner's warden or immediate custodian. *Rumsfeld v. Padilla,* 124 S.Ct. 2711 (2004); *Blair-Bey v. Quick*, 151 F.3d 1036, 1039 (D.C. Cir. 1998) (citing *Chatman-Bey v. Thornburgh*, 864 F.2d 804, 810 (D.C. Cir. 1988)). "[A] district court may not entertain a habeas petition involving present physical custody unless the respondent custodian is within its territorial jurisdiction." *Stokes v. U.S. Parole Commission*, 374 F.3d 1235, 1239 (D.C. Cir. 2004). Petitioner's custodian is not within this Court's territorial

jurisdiction. The Court finds it in the interests of justice and judicial economy to transfer the case. Accordingly, it is this 12TH day of February 2007,

ORDERED that the case is TRANSFERRED to the United States District Court for the Northern District of Florida. The Clerk of this Court shall file and docket the petition. Whether petitioner should be permitted to proceed further without prepayment of fees is a determination to be made by the transferee court.

United States District Judge